11 So.2d 881

**Owen MALONE v. STATE.**

8 Div. 287.

Court of Appeals of Alabama.

Feb. 2, 1943.

F. S. Parnell, of Florence, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

18 So.2d 882

**H. D. MAPLES v. STATE.**

8 Div. 395.

Court of Appeals of Alabama.

May 23, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

13 So.2d 899

**Bob (alias Mack) MARTIN v. STATE.**

5 Div. 190.

Court of Appeals of Alabama.

April 20, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

12 So.2d 873

**Leon MARTIN v. STATE.**

8 Div. 318.

Court of Appeals of Alabama.

March 2, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.

Affirmed.

13 So.2d 900

**Tom MARTIN v. STATE.**

5 Div. 192.

Court of Appeals of Alabama.

May 18, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.

Affirmed.

12 So.2d 873

**Stephen J. MASON v. STATE.**

8 Div. 268.

Court of Appeals of Alabama.

Feb. 16, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.